IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04CR515 |
| v. | ) | |
| | ) | ORDER |
| JUSTIN LUKE BOWLES, | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion for Temporary Release (Filing No. 30). A telephone conference with the attorneys in this case was held on June 21, 2005. After considering the matter,

IT IS ORDERED that defendant's Motion for Temporary Release is denied.

DATED this 21st day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge