IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04cr515 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUSTIN LUKE BOWLES, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Justin Luke Bowles,  appeared before the court on September 9, 2010 for an initial appearance on a an Amended Petition for Offender Under Supervision [49]. The defendant was represented by Assistant Federal Public Defender, Richard McWilliams, and the United States was represented by Assistant U.S. Attorney Michael Wellman.  The defendant enters denials on the petition.  The oral motion to continue is granted.  Government's oral motion for detention is granted.

IT IS ORDERED:

1.     The Federal Public Defender is appointed to represent the defendant in this matter.

2.     Disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:00 p.m., on Thursday, October 14, 2010.**   Defendant must be present in person.

3.  Defendant is remanded to the custody of the United States Marshal.

Dated this 9th  day of September, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge