### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR515 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUSTIN LUKE BOWLES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on motion of Assistant Federal Public Defender Richard H. McWilliams to withdraw as counsel for defendant Justin Luke Bowles (Bowles) (Filing No. 66). For good cause shown, Mr. McWilliams's motion to withdraw is granted and substitute counsel will be appointed.

Thomas J. Garvey, 101 West Mission, Bellevue, NE 68005, (402) 291-8900, is appointed to represent Bowles for the remainder of these proceedings.

Mr. McWilliams is given leave to withdraw as counsel for Bowles and shall forthwith provide Mr. Garvey with such materials as was provided Mr. McWilliams by the government along with such other materials gathered by Mr. McWilliams which are necessary to the defense of Bowles in this matter.

The Clerk shall provide a copy of this order to Mr. Garvey, and Mr. Garvey shall forthwith file his written appearance in this matter.

**IT IS SO ORDERED.**

DATED this 17th day of December, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge